160 A.3d 769

**COMMONWEALTH of Pennsylvania, Respondent**

v.

**Jermall E. JOHNSON, Petitioner**

**No. 289 WAL 2016**

Supreme Court of Pennsylvania.

October 27, 2016

344

## ORDER

PER CURIAM

**AND NOW,** this 27th day of October, 2016, the Petition for Allowance of Appeal and Application for Relief are **DENIED.**